IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARCUS B. HARRIS,

      Appellant,

v.

TONY ANDERSON, ET AL.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2587

Opinion filed July 30, 2014.

An appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

Marcus B. Harris, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, C. J., BENTON and MARSTILLER, JJ., CONCUR.